

**SANDERS LAW GROUP**

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

MEMO ENDORSED

September 13, 2023

<u>Via ECF</u>

Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

  Re: *Matthew McDermott v. Face2Face Africa LLC and PanaGenius Inc.*
     Docket No: 7:23-cv-02813-KMK

Dear Judge Karas:

  We represent plaintiff Matthew McDermott ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs or fees; but with leave to reopen the case in sixty (60) days from the date of the order if the parties have not submitted a Notice of Dismissal by such time.

  Plaintiff also requests that the Court adjourn all dates, until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendants Face2Face Africa LLC and PanaGenius Inc. consent to the requested relief

  Thank you for your consideration of this request.

Granted. The 9/14/23 conference is adjourned.

So Ordered.
9/13/23

Respectfully submitted,

**SANDERS LAW GROUP**

<u>/s/ Jaymie Sabilia-Heffert</u>
Jaymie Sabilia-Heffert

*Counsel for Plaintiff*

cc: *all counsel of record via ECF*